**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RICHARD KRAFT,                           )
                                         )
                Petitioner,              )    Civil Action No. 08-1426
                                         )
        v.                               )    Chief Judge Ambrose
                                         )    Magistrate Judge Bissoon
UNITED STATES PROBATION                  )
DEPARTMENT, *et al.*,                    )
                                         )
                Respondents.             )

### MEMORANDUM ORDER

Richard Kraft's Petition for Writ of Habeas Corpus pursuant

to 28 U.S.C. §2241 was received by the Clerk of Court on October

9, 2008, and was referred to United States Magistrate Judge Cathy

Bissoon for pretrial proceedings in accordance with the

Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and

72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on

December 4, 2008, recommended that the Petition for Writ of

Habeas Corpus filed by Petitioner Kraft be dismissed as moot

since the challenged period of probation expired on October 23,

2008. The parties were allowed ten days from the date of service

to file objections. The report was served by First Class United

States Mail on Kraft at his home address. Objections were due on

or before December 22, 2008. No objections were filed.

After <u>de novo</u> review of the pleadings and documents in the

case, together with the Report and Recommendation, the following

order is entered:

AND NOW, this _20th_ day of _Jan._, 2009,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Richard Kraft is dismissed.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 10), dated December 4, 2008, is adopted as the opinion of the court.

s/Donetta Ambrose
Donetta Ambrose
Chief U.S. District Court Judge

cc:
RICHARD KRAFT
204 Soose Road
Pittsburgh, PA 15209